**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  Debtor(s)
**Colleen Patricia Brannon**
205 Gum Creek Circle
Oxford, GA 30054

xxx−xx−5350

Case No.: **16−54770−wlh**
Chapter:  **7**
Judge:  **Wendy L. Hagenau**

**NOTICE SETTING DEADLINE FOR
FILING PROOFS OF CLAIM**

    You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

    Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **10/10/16**

Government proof of claim: **10/10/16**

File with:
United States Bankruptcy Court
1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303

    Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  July 12, 2016

Form ntcpoc

United States Bankruptcy Court
Northern District of Georgia

In re:
Colleen Patricia Brannon
      Debtor

Case No. 16-54770-wlh
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9        User: ramos        Page 1 of 1        Date Rcvd: Jul 12, 2016
                              Form ID: ntcpoc    Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2016.
db             #+Colleen Patricia Brannon,    205 Gum Creek Circle,    Oxford, GA 30054-2737
aty             +Cindy S. Stacey,    Cindy S. Stacey,    Suite B,    942 Green Street,    Conyers, GA 30012-5373
19746529         Regions Consumer Bankcard,    P.O. Box 2224,    Birmingham, AL 35246-3023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FJLPETTIE.COM Jul 12 2016 20:58:00      Jason L. Pettie,
                 Suite 150 - One Decatur Town Center,    150 E. Ponce de Leon Avenue,    Decatur, GA 30030-2543
ust             +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jul 12 2016 21:40:13
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
19746526         EDI: CHASE.COM Jul 12 2016 20:58:00      Chase Bank USA, N.A.,    Cardmember Services,
                 P.O. Box 94014,    Palatine, IL 60094-4014
19746527         EDI: CHASE.COM Jul 12 2016 20:58:00      Chase Bank USA, N.A.,    Cardmember Service,
                 P.O. Box 15153,    Wilmington, DE 19886-5153
19746528        +E-mail/Text: newbk@Regions.com Jul 12 2016 21:40:52      Regions Bank,    P.O. Box 1984,
                 Birmingham, AL 35201-1984
19746530         EDI: RMSC.COM Jul 12 2016 20:58:00      SYNCB/Old Navy DC,    P.O. Box 960017,
                 Orlando, FL 32896-0017
19746531         EDI: USBANKARS.COM Jul 12 2016 20:58:00      US Bank,    P.O. Box 790408,
                 Saint Louis, MO 63179-0408
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Jason L. Pettie,    Suite 150 - One Decatur Town Center,    150 E. Ponce de Leon Avenue,
                 Decatur, GA 30030-2543
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2016 at the address(es) listed below:
              Cindy S. Stacey    on behalf of Debtor Colleen Patricia Brannon cindystacey2@gmail.com
              Jason L. Pettie    trustee@jasonpettie.com, GA25@ecfcbis.com;jp@trustesolutions.net
              Jason L. Pettie    on behalf of Trustee Jason L. Pettie trustee@jasonpettie.com,
               GA25@ecfcbis.com;jp@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                             TOTAL: 4
```