IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **16-54770**-WLH |
| | ) | |
| **COLLEEN PATRICIA BRANNON** | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

## REPORT OF SALE

NOW COMES Jason L. Pettie, Trustee in the above-captioned case, and files this Report of Sale, reporting that on February 6, 2019, Benamin T. Polk tendered funds to Trustee and Trustee sold that certain piece of real property located 3291 Zingara Road, Conyers, Georgia pursuant to the terms of the Order entered by the Court on January 23, 2019 [Doc. No. 39], as shown on the closing statement filed herewith as Exhibit A.

Respectfully submitted this 7th day of February, 2019.

*/s/ Jason L. Pettie*
Jason L. Pettie, Trustee
Georgia Bar # 574783
P.O. Box 17936
Atlanta, GA 30316
(404) 638-5984

# Closing Disclosure      Exhibit A

| Closing Information | | Transaction Information | |
|---|---|---|---|
| Date Issued | 02/05/19 | Borrower | Benjamin T. Polk and Cheryl Clifford |
| Closing Date | 02/06/19 | | 3291 Zingara Road |
| Disbursement Date | 02/06/19 | | Conyers GA 30012 |
| Settlement Agent | LAW OFFICE OF JOEL M. HABER | | |
| File # | 39-0139 | Seller | Jason L. Pettie as Trustee in the and Bankruptcy Estate of Colleen Patricia |
| Property | 3291 Zingara Road | | 150 E. Ponce De Leon Avenue, Ste 150 |
| | Conyers GA 30012 | | Decatur, GA 30030 |
| Sale Price | 130,000.00 | | |

## Summaries of Transactions

| SELLER'S TRANSACTION | |
|---|---|
| **Due to Seller at Closing** | **$130,000.00** |
| 01  Sale Price of Property | $130,000.00 |
| 02  Sale Price of Any Personal Property Included in Sale | |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| **Adjustments for Items Paid by Seller in Advance** | |
| 09  City/Town Taxes       to | |
| 10  County Taxes          to | |
| 11  Assessments           to | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| **Due from Seller at Closing** | **$94,981.46** |
| 01  Excess Deposit | |
| 02  Closing Costs Paid at Closing (J) | $7,800.00 |
| 03  Existing Loan(s) Assumed or Taken Subject To | |
| 04  Payoff of First Mortgage Loan | $35,970.42 |
| 05  Payoff of Second Mortgage Loan | |
| 06 | |
| 07  Equity Credit | $35,018.54 |
| 08  Seller Credit | |
| 09 | |
| 10  Seller Paid Closing Costs | $3,900.00 |
| 11  2017 Rockdale County Taxes | $1,153.73 |
| 12  2018 Rockdale County Taxes | $1,033.96 |
| 13  Funds held by Trustee | $10,000.00 |
| **Adjustments for Items Unpaid by Seller** | |
| 14  City/Town Taxes       to | |
| 15  County Taxes       01/01 to 02/06 | $104.81 |
| 16  Assessments           to | |
| 17 | |
| 18 | |
| 19 | |
| **CALCULATION** | |
| Total Due to Seller at Closing | $130,000.00 |
| Total Due from Seller at Closing | -$94,981.46 |
| Cash ☐ From ☒ To Seller | $35,018.54 |

## Contact Information

| REAL ESTATE BROKER (B) | |
|---|---|
| Name | PalmerHouse Properties |
| Address | |
| ST License ID | |
| Contact | |
| Contact ST License ID | |
| Email | |
| Phone | |

| REAL ESTATE BROKER (S) | |
|---|---|
| Name | Southside Realtors |
| Address | 157 Keys Perry Street |
| | McDonough GA 30253 |
| ST License ID | |
| Contact | Deane Lockwood |
| Contact ST License ID | |
| Email | |
| Phone | |

| SETTLEMENT AGENT | |
|---|---|
| Name | LAW OFFICE OF JOEL HABER 2365 Wall Str |
| Address | 2365 WALL STREET, SUITE 120 |
| | CONYERS, GA 30013 |
| ST License ID | |
| Contact | Melody Russell |
| Contact ST License ID | |
| Email | melody@joelhaber.com |
| Phone | 770-922-9080 |

**?** Questions? If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

## Closing Cost Details

| Loan Costs | | Seller-Paid | |
|---|---|---|---|
| | | At Closing | Before Closing |
| **A. Origination Charges** | | | |
| 01     % of Loan Amount (Points) | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **B. Services Borrower Did Not Shop For** | | | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **C. Services Borrower Did Shop For** | | | |
| 01 | to | | |
| 02 | to | | |
| 03 | to | | |
| 04 | to | | |
| 05 | to | | |
| 06 | to | | |
| 07 | | | |
| 08 | | | |

| Other Costs | | | |
|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | |
| 01 Recording Fees     Deed:          Mortgage: | | | |
| 02 | | | |
| 03 | | | |
| 04 | to | | |
| **F. Prepaids** | | | |
| 01 Homeowner's Insurance Premium    (    mo.) | | | |
| 02 Mortgage Insurance Premium    (    mo.) | | | |
| 03 Prepaid Interest    (    per day from       to       ) | | | |
| 04 Property Taxes    (    mo.) | | | |
| 05 | | | |
| **G. Initial Escrow Payment at Closing** | | | |
| 01 Homeowner's Insurance     per month for     mo. | | | |
| 02 Mortgage Insurance     per month for     mo. | | | |
| 03 Property Taxes     per month for     mo. | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **H. Other** | | | |
| 01 Real Estate Commission    to PalmerHouse Properties | | $3,900.00 | |
| 02 Real Estate Commission    to Southside Realtors | | $3,900.00 | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| | | | |
| **J. TOTAL CLOSING COSTS** | | $7,800.00 | |

ACKNOWLEDGEMENT AND RECEIPT OF SETTLEMENT STATEMENT

PURCHASER: BENJAMIN T. POLK AND CHERYL CLIFFORD

SELLER: JASON L. PETTIE as and only as Trustee in Bankruptcy for the Estate of Colleen Patricia Brannon

LENDER: UNITED BANK

PROPERTY ADDRESS: 3291 Zingara Road NE, Conyers GA 30012

Seller and Purchaser acknowledge that they have carefully reviewed the Closing Statement and to the best of their knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on their account in this transaction. The parties hereby acknowledge that Joel M. Haber is representing the Lender in this transaction. Seller and Purchaser authorize the Joel M. Haber to disburse the transaction according to the Closing Statement.

Property Tax Refund: All current and previous year property tax refunds, if any, shall be paid to the Purchaser.

This HUD 1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

LAW OFFICE OF JOEL M. HABER
BY: _____
Settlement Agent

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

SELLER:

By : _____(SEAL)
JASON L. PETTIE as and only as Trustee in Bankruptcy for the Estate of Colleen Patricia Brannon, pursuant to the Bankruptcy Court Sale Order and Order and Judgement Authorizing the Sale of the Property

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on those parties listed below by mailing a copy thereof, via first class U.S. Mail in a properly addressed envelope with sufficient postage affixed.

    Office of the U.S. Trustee
    Room 362, Richard B. Russell Federal Bldg
    75 Ted Turner Dr, SW
    Atlanta, Georgia  30303

                                                                   */s/ Jason L. Pettie*
                                                                   Jason L. Pettie
                                                                   Georgia Bar # 574783
                                                                   P.O. Box 17936
                                                                   Atlanta, GA 30316
                                                                   (404) 638-5984